**664**

John Greenleaf, appellee, v. Clark Cox and Pierson-Hollowell Walnut Company, Inc., appellants.   Gen. No. 8,525.

Opinion filed November 4, 1931.  Rehearing denied and opinion slightly modified January 7, 1932.

O'Harra & O'Harra, Clyde P. Johnson and Burton A. Roeth, for appellants.   C. E. Flesher, Samuel Naylor and Lee Siebenborn, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.


William Dyer, appellee, v. Insurance Company of North America, appellant.   Gen. No. 8,531.

Opinion filed November 4, 1931.

Townley & Williams, for appellant.   Loren B. Lewis, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.


Ruth Long, appellee, v. Review Publishing Company, appellant. Gen. No. 8,536.

Opinion filed November 4, 1931.

Whitley & Fitzgerald and Arthur F. Delahuntv, for appellant. Redmon & Redmon and W. S. Bodman, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.


Adolph A. Schoen, appellee, v. Henry Wolfson, appellant.   Gen. No. 8,515.

Opinion filed November 4, 1931.

Hoopes & Pefferle, for appellant.   Knotts & Knotts, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.


Florence O. Miner, appellee, v. Ethel Crispin, appellant.   Gen. No. 8,518.

Opinion filed November 4, 1931.   Rehearing denied January 7, 1932.

Mann & Coleman, for appellant.   Graham & Dysert, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.